UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL N0. 3:01CR179 (SRU) |
| v. | : | |
| | : | JULY 26, 2005 |
| TAKIYAH CATO | : | |

**GOVERNMENT'S MOTION PURSUANT TO U.S.S.G. § 3E1.1(b)**

The United States of America respectfully requests that the Court accord defendant an additional one-level adjustment for acceptance of responsibility pursuant to Section 3E1.1(b) of the Sentencing Guidelines.  In support of this motion the United States states:

1.  On April 20, 2002, Takiyah Cato pleaded guilty to count ten of the superseding information  charging her with possession of cocaine base in violation of Title 21, United States Code, Sections 844(a).  At the time of that plea, the defendant executed a plea agreement. Sentencing is scheduled for July 26, 2005, at 10:00 a.m.

2.  Pursuant to the plea agreement in this matter, the United States has recommended that defendant receive a downward adjustment for acceptance of responsibility pursuant to Section 3E1.1(a) because defendant has demonstrated an acceptance of responsibility for his offense.

3.  The defendant's adjusted offense level is 16 or greater and the defendant has assisted authorities in the prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting the United States and the Court to allocate their resources efficiently.

4.      Accordingly, pursuant to U.S.S.G. § 3E1.1(b),  the Government respectfully requests that the Court reduce defendant's offense level by one additional level.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


/s/
ANTHONY E. KAPLAN
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT 06510
Tel. (203) 821-3700
Federal Bar No. ct08083

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was hand-delivered on this 25th day July,

2005, to:

Michael L. Moscowitz, Esq.               Joseph P. Montesi
7 Elm Street                                U.S. Probation Officer
New Haven, Ct.  06510               U.S. Probation Office
                                      157 Church Street
                                      New Haven, CT 06510

                                   /s/_____
                                   ANTHONY E. KAPLAN
                                   ASSISTANT UNITED STATES ATTORNEY