UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | No. 3:01CR179 (SRU) |
| TAKIYAH CATO | : | |

_____

MOTION TO DISMISS

The United States Attorney, through Anthony E. Kaplan, Assistant United States Attorney, respectfully requests that Count One of the Superseding Indictment filed against Takiyah Cato be dismissed.

Respectfully Submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/s/
ANTHONY E. KAPLAN
ASSISTANT  U.S. ATTORNEY
ct08083
157 CHURCH STREET, 23RD FLR.
NEW HAVEN, CT  06510
(203) 821-3700

SO ORDERED:

_____
STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE

Dated at Bridgeport, Connecticut,
this ____ day of July, 2005.

## CERTIFICATION

This is to certify that a copy of the foregoing Government's Motion to Dismiss was hand-delivered this 26th day of July, 2005, to Michael L. Moscowitz, Esquire.

/s/_____
ANTHONY E. KAPLAN
ASSISTANT U.S. ATTORNEY