Page 1

UNITED STATES DISTRICT COURT
District of Connecticut

UNITED STATES OF AMERICA

v.

TAKIYAH CATO a/k/a "Kia"

JUDGMENT IN A CRIMINAL CASE

CASE NO. *3:01cr179 (SRU)*
USM NO: *14463-014*

*Anthony e. Kaplan*
Assistant United States Attorney

*Michael L. Moscowitz, Esq.*
Defendant's Attorney

2005 JUL 26  P 2: 51

**THE DEFENDANT:** pleaded guilty to count <u>10 of the Superseding Indictment</u>

Accordingly the defendant is adjudicated guilty of the following offense:

| Title & Section | Nature of Offense | Offense Concluded | Count |
|---|---|---|---|
| 21:843 | Use of a Telephone to Facilitate a Narcotics Trafficking Offense | July 23, 2001 | 10 |

The following sentence is imposed pursuant to the Sentencing Act of 1984.

**PROBATION**

The defendant shall be placed on probation for a total term of 3 Years. The sentence is imposed for the reasons provided to the Court pursuant to Rule 32, Fed. R. Crim. P.

The Mandatory and Standard Conditions of Probation are imposed. In addition, the following Special Conditions are imposed:
  1.  The defendant shall participate in a program approved by the U.S. Probation Office for substance abuse treatment, either inpatient or outpatient, which shall include random testing. The defendant shall pay all or a portion of the costs associated with her treatment, as deemed appropriate by the U.S. Probation Office.
  2.  The defendant shall participate in educational/vocational training as deemed necessary by the U.S. Probation Office.

**CRIMINAL MONETARY PENALTIES**
The defendant must pay the total criminal monetary penalties under the schedule of payments as follows:

| | | |
|---|---|---|
| **Special Assessment:** | $100.00 | Due immediately |
| **Fine:** | $ 0.00 | |
| **Restitution:** | $ 0.00 | |

It is further ordered that the defendant will notify the United States Attorney for this district within 30 days of any change of name, residence or mailing address until all fines, restitution, costs and special assessments imposed by this judgment, are paid.

Counts One and Two of the Superseding Indictment are dismissed on motion of the United States.

<u>July 26, 2005</u>
Date of Imposition of Sentence

Stefan R. Underhill
United States District Judge
Date: July 26, 2005

**RETURN**

I have executed this judgment as follows: Defendant released to Probation on 07/26/2005.

Defendant delivered on _____ to _____

a _____, with a certified copy of this judgment.

John F. Bardelli
United States Marshal

By _____ #3395
Deputy Marshal

**CERTIFIED AS A TRUE COPY
ON THIS DATE** 7-26-05
**Kevin F. Rowe, Clerk
BY:** _____
**Deputy Clerk**